# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00018-CV

**Rachea Cunningham, Appellant**

**v.**

**Navarro Regional Hospital, L.P. d/b/a Navarro Regional Hospital; Patricia Sullivan, RN; and Lisa Henderson, RN, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 07-380-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rachea Cunningham has filed a motion to withdraw her appeal against appellees Navarro Regional Hospital, L.P. d/b/a Navarro Regional Hospital; Patricia Sullivan, RN; and Lisa Henderson, RN.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellant's Motion

Filed:  March 24, 2011